UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0:13-cv-60677-WJZ

KEITH DOUGLAS GATTIS, individually,

    Plaintiff,

v.

COMMONWEALTH FINANCIAL SYSTEMS,
INC., d/b/a NCC, a foreign corporation,

    Defendant.
_____/

## NOTICE OF SETTLEMENT AND
## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff KEITH DOUGLAS GATTIS and Defendant COMMONWEALTH FINANCIAL SYSTEMS, INC. hereby give notice of settlement and agree that this action should be dismissed with prejudice with each party to bear its own costs and attorneys fees, except as otherwise agreed.

WHEREFORE, the Plaintiff and Defendant respectfully request that this case be dismissed with prejudice with the Court reserving jurisdiction to enforce the parties' Settlement Agreement in accordance with its terms.

Respectfully submitted this 12th day of April, 2013.

                    BRET L. LUSSKIN, Esq.
                    *Attorney for Plaintiff*
                    1001 N. Federal Hwy., Ste 106
                    Hallandale Beach, Florida 33009
                    Telephone: (954) 454-5841
                    Facsimile: (954) 454-5844
                    blusskin@lusskinlaw.com

                    By: /s/ Bret L. Lusskin, Esq.
                         Bret L. Lusskin, Esq.

Florida Bar No. 280690

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 12th day of April, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this date via U.S. mail and/or some other authorized manner for those counsel or parties, if any, who are not authorized to receive electronically Notices of Electronic Filing.

>BRET L. LUSSKIN, Esq.
>*Attorney for Plaintiff*
>1001 N. Federal Hwy., Ste 106
>Hallandale Beach, Florida 33009
>Telephone: (954) 454-5841
>Facsimile: (954) 454-5844
>blusskin@lusskinlaw.com
>
>By: /s/ Bret L. Lusskin, Esq.
>    Bret L. Lusskin, Esq.
>    Florida Bar No. 28069