UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-60677-CIV-ZLOCH

KEITH DOUGLAS GATTIS, individually,

    Plaintiff,

vs.                                    **FINAL ORDER OF DISMISSAL**

COMMONWEALTH FINANCIAL SYSTEMS,
INC., d/b/a NCC, a foreign
corporation,

    Defendant.
_____/

    THIS MATTER is before the Court upon the Notice Of Settlement And Stipulation For Dismissal With Prejudice (DE 5) filed herein by Plaintiff, Keith Douglas Gattis, and Defendant, Commonwealth Financial Systems, Inc.  The Court has carefully reviewed said Stipulation and the entire court file and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1.   The Notice Of Settlement And Stipulation For Dismissal With Prejudice (DE 5) filed herein by Plaintiff, Keith Douglas Gattis, and Defendant, Commonwealth Financial Systems, Inc., be and the same is hereby approved, adopted and ratified by the Court;

    2.   The above-styled cause be and the same is hereby **DISMISSED** with prejudice, each party to bear its own attorney's fees and costs;

    3.   The Court shall retain jurisdiction of this cause solely

for the purpose of enforcing the terms of the Settlement Agreement; and

    4.   To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___15th___ day of April, 2013.

                                  WILLIAM J. ZLOCH
                                  United States District Judge

Copies furnished:
All Counsel of Record